

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT | CIVIL ACTION |
| OF BORDELON MARINE, INC., AS OWNER | |
| OF THE M/V WES BORDELON, FOR | NO. 00-0374 |
| EXONERATION FROM OR LIMITATION | |
| OF LIABILITY AND FOR DECLARATORY JUDGMENT | SECTION "K"(1) |

### TRANSFER ORDER

Having determined that this matter involves subject matter that comprises a material part of the subject matter or operative facts of <u>Rainbow Marine Contractors, Inc. v. Lonny Vito</u>, Civil Action No. 99-3741,

**IT IS ORDERED** that this matter be and hereby is **TRANSFERRED** to Section "F " (1) of this court pursuant to Local Rule LR3.1.1E.

New Orleans, Louisiana, this 9th day of February, 2000.

UNITED STATES DISTRICT JUDGE

FEB 9 2000

TRANSFERRED TO:

SECT. F

DATE OF ENTRY  FEB 09 2000

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc.No._____