

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT * | CIVIL ACTION | |
| OF BORDELON MARINE, INC. AS OWNER * | | |
| OF THE M/V WES BORDELON, FOR * | NO: 00-0374 | |
| EXONERATION FROM OR LIMITATION * | | |
| OF LIABILITY AND FOR DECLARATORY * | JUDGE    SECT K MAG 1 | |
| JUDGMENT * | | |
| * | MAGISTRATE | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EX PARTE MOTION FOR APPROVAL OF
## LETTER OF UNDERTAKING, AND DIRECTING ISSUANCE OF
## NOTICE AND ENJOINING PROSECUTION OF CLAIMS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Bordelon Marine, Inc., as owner of the M/V WES BORDELON, and upon suggesting to the Court that Bordelon Marine, Inc. has filed in this Court a Complaint for exoneration from or limitation of liability pursuant to 46 U.S.C. § 183 *et seq.* and Rule F of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, a Letter of Undertaking issued by Fireman's Fund McGee Marine Underwriters, Inc. with approved security, in the amount of $600,000.00 together with interest at the rate of six percent (6%)

FEB 15 2000

DATE OF ENTRY_____



- 2 -

per annum representing the value of Bordelon Marine, Inc.'s interest in the vessel at the conclusion of the voyage; a Notice to Claimants; and an Order Restraining the Prosecution of any and all claims against Bordelon Marine, Inc., the M/V WES BORDELON and their underwriters and insurers, except in these proceedings, moves the Court for an order approving the Letter of Undertaking issued by Fireman's Fund McGee Marine Underwriters, Inc. directing notice to all claimants, and restraining all other proceedings against Bordelon Marine, Inc., the M/V WES BORDELON and their underwriters and insurers relating to the casualty described in the Complaint.

Respectfully submitted,

REICH, MEEKS & TREADAWAY, L.L.C.

_____
ROBERT S. REICH, T.A., #11163
LAWRENCE R. PLUNKETT, JR., #19739
Two Lakeway Center, Suite 1830
3850 N. Causeway Blvd.
Metairie, Louisiana 70002
Telephone: (504) 830-3999
*Attorneys for Bordelon Marine, Inc.*


Fireman's Fund®

February 1, 2000

Fireman's Fund McGee Marine Underwriter's, Inc.
P.O. Box 740010
Atlanta, GA 30374-0010

Clerk of Court
United States District Court
Eastern District of Louisiana
C151 U.S. Courthouse
500 Camp St.
New Orleans, LA 70130

      RE:    IN THE MATTER OF COMPLAINT
             OF BORDELON MARINE, INC. AS OWNER
             OF THE M/V WES BORDELON, FOR EXONERATION
             FROM OF LIMITATION OF LIABILITY
             Our File: 11268/RSR   FFIC: 20800705546

Dear Madam:

      Mr. Lonny Vito alleges that on or about April 17, 1999, he sustained injuries aboard the M/V WES BORDELON, a vessel owned and/or operated by Bordelon Marine, Inc. In order to file an action for exoneration from or limitation of liability, as required by 46 U.S.C. Section 183, et seq., the undersigned insurer hereby agrees to the following undertaking:

1. In the event a final decree, after all appeals, if any, is entered in favor of any claimant, then the undersigned insurer agrees to pay and satisfy, subject to the terms and conditions of its policy of insurance, up to and not exceeding, the sum of SIX HUNDRED THOUSAND AND NO/100 ($600,000.00) DOLLARS or any lesser amount decreed by the Court or settled between the parties, where said settlement has been made with the approval of the undersigned insurer, without any final decree being recorded.

2. Upon demand, to cause to be filed in said action a bond with approved corporate surety, in the amount of SIX HUNDRED THOUSAND AND NO/100 ($600,000.00) DOLLARS, and the Court costs of TWO HUNDRED FIFTY AND NO/100 ($250.00) DOLLARS with interest as SIX PERCENT (6%) to satisfy all statutory requirements in said action described above. In the event the bond referred to in this paragraph is filed, the undersigned insurer shall have no further obligation under this Letter of Undertaking.

3. This letter is given, without prejudice to all rights or defenses which Bordelon Marine, Inc. the M/V WES BORDELON and/or her owners, bareboat charterers, or operators may have, none of which is to be regarded as waived.

             Sincerely,

             Fireman's Fund McGee Marine Underwriter's, Inc.

             BY: _____
                   CHRIS A. JENKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF BORDELON MARINE, INC. AS OWNER | * | |
| OF THE M/V WES BORDELON, FOR | * | NO: 00-0374 |
| EXONERATION FROM OR LIMITATION | * | |
| OF LIABILITY AND FOR DECLARATORY | * | JUDGE  SECT K MAG 1 |
| JUDGMENT | * | |
| | * | MAGISTRATE |

*********************************

## ORDER APPROVING
## PLAINTIFF'S LETTER OF UNDERTAKING
## AND DIRECTING ISSUANCE OF NOTICE
## AND ENJOINING PROSECUTION OF CLAIMS

A Complaint having been filed herein on the 4th day of February, 2000, by plaintiff, Bordelon Marine, Inc., as owner of the M/V WES BORDELON, for exoneration from or limitation of liability, pursuant to 46 U.S.C. §183 *et seq.* and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for any loss, damage, death, injury or destruction caused by or resulting from an

- 2 -

incident involving Lonny Vito on or near the M/V WES BORDELON, all as is more fully described in the Complaint; and

The Complaint having stated that the value of plaintiff's interest in the M/V WES BORDELON and her pending freight at the end of such voyage amounts to $600,000.00, as set forth in the Affidavit of Terry J. Bordelon; and

Plaintiff having deposited with the Court as security for the benefit of claimants, a Letter of Undertaking issued by Fireman's Fund McGee Marine Underwriters, Inc. dated February 1, 2000, not less than or equal to the amount or value of its interest in the M/V WES BORDELON and her pending freight, in the sum of $600,000.00, with interest at the rate of six percent (6%) per annum;

NOW, on motion of plaintiff, through undersigned counsel;

**IT IS HEREBY ORDERED:**

1. The above-described Letter of Undertaking, deposited by plaintiff with the Court for the benefits of claimants, in the sum of $600,000.00 with interest as aforesaid, as security for the amount or value of plaintiff's interest in the M/V WES BORDELON and her pending freight, be and the same is hereby approved:

2. The Court, upon motion, shall cause due appraisement of such value and may thereafter order the said security increased or reduced if it finds the amount thereof insufficient or excessive;

- 3 -

3. A notice shall be issued by the Clerk of this Court to all persons asserting claims with respect to which the Complaint seeks exoneration from or limitation of liability admonishing them to file their respective claims with the Clerk of Court, in writing, and to serve on the attorneys for plaintiff a copy thereof on or before the 20th day of MARCH, 2000, or be barred from bringing such claims and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on the attorneys for plaintiff an answer to the Complaint on or before said date, unless his claim has included an answer to the complaint, so designated, or be barred from bringing such action;

4. The aforesaid notice shall be published in the New Orleans Times Picayune once a week for four (4) successive weeks prior to the date fixed by the Court for filing of claims, as provided by the aforementioned Rule F; and copies of the notice shall also be mailed in accordance with Rule F;

5. The further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution hereafter of any and all suits, actions or proceedings, of any nature or description whatsoever, in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits or proceedings against plaintiff, as aforesaid, the M/V WES BORDELON, their underwriters and insurers, or any other property of the plaintiff, for damages, occasioned by or incurred on said voyage of the M/V WES BORDELON, as

- 4 -

alleged in the Complaint, be and the same are hereby restrained, stayed and enjoined until the hearing and determination of this action; and

6. Service of this order as a restraining order be made through the United States Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or their respective attorneys or, alternatively, by hand delivery of the Order.

New Orleans, Louisiana, this 14th day of FEBRUARY, 2000.

_____
UNITED STATES DISTRICT JUDGE