

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 15  P 3: 34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAINBOW MARINE CONTRACTORS, INC. | * | CIVIL ACTION |
| | * | NO. 99-3741 |
| VERSUS | | c/w 00-0374 |
| | * | |
| LONNY VITO | * | SECTION "F"(1) |
| | * | JUDGE FELDMAN |
| | * | MAGISTRATE SHUSHAN |
| * * * * * * * * | | |

### NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Rainbow Marine Contractors, Inc. (hereinafter "Rainbow Marine") hereby appeals to the United States Court of Appeals for the Fifth Circuit all aspects of the rulings by this Court in its Order of May 12, 2000, with date of entry May 16, 2000, and this Court's June 5, 2000 Order denying the Motion For Reconsideration, with date of entry June 6, 2000, including, but not limited to, the transfer of the limitation action and the declaratory judgment action to the United States District Court for the Southern District of Texas, and the Court's modification of the stay/injunction issued in connection with the limitation action.



Rainbow Marine submits that appellate jurisdiction derives *inter alia* from 28 U.S.C. §1292(a)(1) as an interlocutory order modifying and/or dissolving an injunction, and under 28 U.S.C. §1292(a)(3) as an interlocutory order of the district court which determined in whole or in part the right and liabilities of the parties to an admiralty case.

Copies of the Orders entered on May 16, 2000 and June 6, 2000 are attached hereto.

Respectfully submitted,

_____
WILTON E. BLAND, III (#3123)
C. WILLIAM EMORY (#20179)
MOULEDOUX, BLAND, LEGRAND
& BRACKETT, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
Attorneys For Rainbow Marine Contractors, Inc.
H:\0380\9-9279 Vito\Pleadings\Federal Court Proceeding\Appeal-Notice.wpd

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been forwarded to all counsel of record by depositing a copy of same, properly addressed and First Class postage prepaid, in the United States Mail on this 15th day of June, 2000.

_____

-2-