No. 00-30762

CV-99-3741-F
CV 00-374 F

RAINBOW MARINE CONTRACTORS INC

    Plaintiff - Appellant

v.

LONNY VITO;

    Defendant - Appellee

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUL 31 2001

LORETTA G. WHYTE
CLERK

---

In Re: In the Matter of the Complaint of BORDELON MARINE INC, as owner of the M/V Wes Bordelon, for exoneration from or limitation of liability and for declaratory judgment

    Petitioner

---

BORDELON MARINE INC, as owner of the M/V Wes Bordelon, for exoneration from or limitation of liability and for declaratory judgment

    Petitioner - Appellee

---

Case No. 00-31053

CV-00-1852-F

RAINBOW MARINE CONTRACTORS INC

    Petitioner - Appellant

v.

LONNY VITO; BORDELON MARINE INC

    Respondents - Appellees

### ENTRY OF DISMISSAL

Pursuant to appellant's motion the appeals are dismissed this 30th day of July, 2001, see FED. R. APP. P. 42(b).

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
    Deputy

New Orleans, Louisiana    JUL 30 2001

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Cindy Broadhead, Deputy Clerk

FOR THE COURT - BY DIRECTION

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.

U.S. COURT OF APPEALS
**FILED**

JUL 2 7 2001

**CHARLES R. FULBRUGE III**
CLERK

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

STATE OF LOUISIANA

Case No. 00-30762
c/w
Case No. 00-31053

**RAINBOW MARINE CONTRACTORS, INC.,**
    Appellant,

V.

**LONNY VITO,**
    Appellee

* * * * * * * * * * * * *

**MOTION TO DISMISS APPEAL**

**NOW INTO COURT**, through undersigned counsel, comes petitioner/appellant, Rainbow Marine Contractors, Inc., and upon suggesting to this Honorable Court that all claims and demands presented herein have been amicable settled and compromised, hereby moves for dismissal of the captioned appeal, with all parties to bear their own costs.


Respectfully submitted,

_____
WILTON E. BLAND, III    (#3123)
C. WILLIAM EMORY        (#20179)
MOULEDOUX, BLAND, LEGRAND
  & BRACKETT, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70130
Telephone:  (504) 595-3000
Facsimile:  (504) 522-2121
Attorneys For Petitioner/Appellant
Rainbow Marine Contractors, Inc.

H:\0380\99279 Vito\Pleadings\Appeal\DismissAppeal-M&O.wpd

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing pleading has been forwarded to all counsel of record by depositing a copy of same, properly addressed and First Class postage prepaid, in the United States Mail on this _27th_ day of _July_, 2001.

_____

-2-